# MINUTE SHEET

**UNITED STATES OF AMERICA**       Date:     August 22, 2019

vs.      Case No.: 19-03103-01-CR-S-SRB

**JULIA M. LAWRENCE**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Initial Appearance – Indictment

**Time Commenced:** 2:33 p.m.      **Time Terminated:** 2:35 p.m.

---

## APPEARANCES

**Plaintiff:**    Jessica Keller, AUSA
**USPPTS:**    Claudia Allison

---

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

Because Defendant has been arrested, Court signs the envelope initially sealing the indictment/case and orders that indictment/case be unsealed and processed in accordance with established procedure and law.

Defendant advised of rights and has hired private counsel.

Government orally moves for detention.

Arraignment, Detention Hearing and Scheduling Conference set for 8/27/2019 at 11:00 a.m.

Defendant in custody.

---

**Courtroom Deputy/ERO:** Karla Berziel