# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
October 28, 2019

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, October 1, 2019, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing October 28, 2019.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is December 2, 2019, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied. Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>October 1, 2019</u>**

| | | |
|---|---|---|
| 18-03139-CR-S-MDH | United States | Jody Stockard |
| | v. | |
| -01 | Christine C. Bittick | Elizabeth Turner |
| | | |
| 19-03009-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Matthew McCroskey | Joe Passanise |
| | | |
| 19-05009-CR-SW-RK | United States | Byron Black |
| | v. | |
| -01 | Jayme J. Richardson | Erica Mynarich |

| | | |
|---|---|---|
| 18-05039-CR-SW-BP | United States | Abe McGull |
| | v. | |
| -01 | Ty Cole Kitchingham | Stuart Huffman |
| | | |
| 19-03118-CR-S-SRB | United States | Jody Stockard |
| | v. | |
| -01 | Michael J. Enriquez | Ann Koszuth |
| -02 | Fransicsa Rodriguez | Russ Dempsey |
| | | |
| 19-03109-CR-S-BCW | United States | Tony Brown |
| | v. | |
| -01 | Dominic L. Jordan | Ian Lewis |
| | | |
| 19-05040-CR-SW-SRB | United States | Byron Black |
| | v. | |
| -01 | Mark E. Burge | Ann Koszuth |
| | | |
| 19-03102-CR-S-MDH | United States | Jessica Keller |
| | v. | |
| -01 | Brian L. Blackard | Michelle Moulder |
| | | |
| 19-03108-CR-S-BCW | United States | Tony Brown |
| | v. | |
| -01 | Darren Campbell | Kelli Anderson |

| | | | |
|---|---|---|---|
| 19-03117-01-CR-S-RK | | United States | Patrick Carney |
| | | v. | |
| | -01 | Tristian D. Waldo | David Mercer |
| | | | |
| 19-03106-CR-S-SRB | | United States | Jessica Keller |
| | | v. | |
| | -01 | Shirley J. Hicks | Shane Cantin |
| | -03 | Raymon F. Ortega | Stuart Huffman |
| | -04 | Fontella Noose | Branden Twibell |
| | -05 | Benny Griffin | Krisitn Jones |
| | -07 | James C. Cooper | Alison Hershewe |
| | -09 | Shaun M. Ross | Megan McCullough |
| | | | |
| 19-03214-CR-S-BP | | United States | Casey Clark |
| | | v. | |
| | -01 | Roy G. Harris, Jr. | Tom Carver |
| | | | |
| 19-03104-CR-S-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | David McKay | Shane Farrow |
| | | | |
| 19-03103-CR-S-SRB | | United States | Jessica Keller |
| | | v. | |
| | -01 | Julia M. Lawrence | Don Cooley |

| | | | |
|---|---|---|---|
| 19-03116-CR-S-RK | | United States | Steve Mohlhenrich |
| | | v. | |
| | -01 | Michael David Dismer | Michelle Moulder |
| 16-03096-CR-S-BP | | United States | Patrick Carney |
| | | v. | |
| | -01 | Frank Lambert | David Mercer |
| 19-03031-CR-S-MDH | | United States | Casey Clark |
| | | v. | |
| | -01 | Lusu P. Sorie | Ann Koszuth |
| 19-03105-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Daniel Stone-Taylor | Ian Lewis |
| 19-05004-CR-SW-MDH | | United States | Jessica Keller |
| | | v. | |
| | -01 | Megan L. Martin | Michelle Moulder |
| | -02 | Brittney J. Beal | Branden Twibell |
| 19-05022-CR-SW-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | Melanie A. Person | Ian Lewis |

| | | | |
|---|---|---|---|
| 18-03073-CR-S-BP | | United States | Nhan Nguyen |
| | | v. | |
| | -02 | James D. Elbert | Stuart Huffman |
| | -03 | Rodriguez R. Bradley | Shane Cantin |
| | -05 | Kewan J. Rogers | Kristin Jones |
| | -06 | Jerry R. Blue | Brian Risley |
| | -07 | Keilan Murray | Russ Dempsey |
| | | | |
| 19-03084-CR-S-MDH | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Cheyenne Conn | Brady Musgrave |
| | -03 | Jeremy A. Ingram | David Mercer |
| | -05 | Ginger L. Huerta | Marsha Jackson |
| | -06 | Megan L. McNary | Elizabeth Turner |
| | -07 | Cassidy Clayton | Penny Speake |
| | -08 | Johnathon W. Arnold | Darryl Johnson |
| | -09 | Chandler Roberts | Peter Bender |
| | -10 | Shelby Maupin | Megan McCullough |
| | -11 | Summerlee M. Bernett | Russ Dempsey |
| | -12 | Lonnie Tinker | Adam Woody |
| | -13 | Lloyd Bradley | Branden Twibell |
| | -14 | Larry E. Stapp | Alison Hershewe |

| | | | |
|---|---|---|---|
| 19-3023-CR-S-MDH | | United States | Bill Meiners |
| | | v. | |
| | -01 | Richard Palmer | David Mercer |
| 18-05048-CR-SW-MDH | | United States | Byron Black |
| | | v. | |
| | -02 | Shawna Smith | Erica Mynarich |
| | -03 | Aaron S. Sutten | Ben McBride |
| 18-03129-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Michael Austin Smith | Ian Lewis |
| 19-03064-CR-S-SRB | | United States | Jody Stockard |
| | | v. | |
| | -02 | Adam W. Newman | Ben McBride |
| 19-05028-CR-SW-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | William Divine | Darryl Johnson |
| 19-03010-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Ryan A. Brynell | Michelle Law |

| Case Number | Party | Defendant | Counsel |
|---|---|---|---|
| 18-03060-CR-S-RK | United States | | Casey Clark |
| | v. | | |
| -01 | | Raymond E. Forrester, Jr. | Michelle Law |
| -02 | | Mark Lamb | Josh Roberts |
| -03 | | Michael P. Klotz | James Hayes |
| -04 | | Barry Hannah | Brady Musgrave |
| 18-05008-CR-SW-MDH | United States | | Randy Eggert |
| | v. | | |
| -02 | | Kevin L. Kivett | Shane Cantin |
| 19-03019-CR-S-MDH | United States | | Jessica Keller |
| | v. | | |
| -02 | | Carl Eugene Burnett | Michelle Law |
| 19-03021-CR-S-BCW | United States | | Jessica Keller |
| | v. | | |
| -01 | | Jacob Winterhawk Ryder | Ian Lewis |
| 19-03015-CR-S-RK | United States | | Abe McGull |
| | v. | | |
| -01 | | Darcell Mills | Russ Dempsey |
| -02 | | David Ross | Ann Koszuth |

| | | | |
|---|---|---|---|
| 19-03032-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Johnny Lee Trollinger, Jr. | Ann Koszuth |
| 19-05014-CR-SW-SRB | | United States | Byron Black |
| | | v. | |
| | -01 | Christopher L. Meister | Ann Koszuth |
| 19-03030-CR-S-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | James Willis | David Back |
| 18-03106-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Jason Matthew Perdue | Ann Koszuth |
| 19-03047-CR-S-SRB | | United States | Jessica Keller |
| | | v. | |
| | -01 | Kristi Weaver | Ann Koszuth |
| | -02 | Randy L. Buchanan | Josh Roberts |
| | -03 | Galen Ray Mitchell | Jason Coatney |
| 17-03090-CR-S-BP | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Marco Barraza | Branden Twibell |

| | | | |
|---|---|---|---|
| 17-03126-CR-S-MDH | | United States | Jody Larison |
| | | v. | |
| | -01 | William F. Jones | Stuart Huffman |
| | -02 | Jeffery K. Woosley | Don Cooley |
| | -03 | Justin L. Rhoads | Jason Coatney |
| | -04 | Kristin L. Conway | Tom Carver |
| | | | |
| 19-05011-CR-SW-SRB | | United States | Byron Black |
| | | v. | |
| | -01 | William E. Florian Palma | Don Cooley |
| | | | |
| 19-03043-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Gregory Lynn Hopper | Don Cooley |
| | | | |
| 18-05037-CR-SW-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Nathan Roger Belcher | Branden Twibell |
| | | | |
| 18-03094-CR-S-MDH | | United States | Casey Clark |
| | | v. | |
| | -01 | Douglas A. Richardson | John Wesley Hall, Jr. |

| | | | |
|---|---|---|---|
| 19-03069-CR-S-BCW | | United States | Abe McGull |
| | | v. | |
| | -01 | Steven T. Hook | David Mercer |
| | -02 | Tallisha R. Malone | Krisitn Jones |
| | | | |
| 18-03047-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Evan A. Stott | David Mercer |
| | | | |
| 19-05002-CR-SW-RK | | United States | Nhan Nguyen |
| | | v. | |
| | -02 | Melissa A. Lowry | Agi Prevendarcsik |
| | | | |
| 17-03110-CR-S-SRB | | United States | Nhan Nguyen |
| | | v. | |
| | -02 | Richard G. Wacker | Tom Norrid |
| | | | |
| 19-05045-CR-SW-BCW | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Benjamin H. Cole | Ann Koszuth |
| | | | |
| 19-05041-CR-SW-SRB | | United States | Ami Miller |
| | | v. | |
| | -01 | Harley W. Schrader | Ian Lewis |

| | | | |
|---|---|---|---|
| 19-03120-CR-S-SRB | | United States | Patrick Carney |
| | | v. | |
| | -01 | Earl F. Love | David Mercer |
| 17-03007-CR-S-RK | | United States | Jody Stockard |
| | | v. | |
| | -01 | Randy G. Dabney | Josh Roberts |

                                                            */s/ David P. Rush*
                                                            DAVID P. RUSH
                                                            UNITED STATES MAGISTRATE JUDGE

Date: September 11, 2019