# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-03103-01-CR-S-SRB |
| JULIA M. LAWRENCE, | ) |
| Defendant. | ) |

## MOTION FOR CONTINUANCE

COMES NOW Defendant by her attorney and hereby moves for a continuance of the trial date in this case.

### SUPPORTING SUGGESTIONS

1. The arraignment in this case was held on August 27, 2019.

2. Counsel has now entered the case and could not possibly be ready for a trial in October.

3. A Speedy Trial Waiver is on file.

WHEREFORE, a continuance is respectfully requested.

/s/Donald R. Cooley
Donald R. Cooley
Missouri Bar No. 21172
901 East St. Louis, Suite 1600
Springfield, MO 65806
(417) 831-3139

## CERTIFICATE OF SERVICE

I hereby certify that the filing of this Motion on the CM/ECF computer system, which also delivers copies of the same to all counsel of record, was performed on this 5th day of September, 2019.

/s/Donald R. Cooley
**Donald R. Cooley**