*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | **Date:** | **July 7, 2020** |
| vs. | | **Case No.:** | **19-03103-01-CR-S-SRB** |
| **JULIA M. LAWRENCE** | | | |

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Motion Hearing

**Time Commenced:** 9:33 a.m.                     **Time Terminated:** 9:57 a.m.

APPEARANCES

**Plaintiff:**   Jody Stockard, AUSA
**Defendant:**   Don Cooley, Retained

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

**Court notes that Defendant has filed a Motion to Leave to File Out of Time (Doc. # 22). Arguments made by counsel regarding motion. Court takes matter under advisement.**

**Defendant in custody.**

**Courtroom Deputy/ERO:** Karla Berziel