# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 19-03103-01-CR-S-SRB |
| JULIA M. LAWRENCE, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Defendant's Motion for Temporary Release to Attend Grandfather's Funeral. (Doc. 34.) Defendant is currently detained at the Greene County Jail awaiting trial. She now moves for a temporary release from custody to attend the funeral of her maternal grandfather on August 22, 2020 in Springfield, Missouri. According to Defendant, the Government objects to the relief requested.

In ordering Defendant's detention without bail, the undersigned previously found that the weight of the evidence against her is overwhelming, and that she poses both a risk of flight and a danger to the community. Therefore, after careful consideration, the Motion for Temporary Release is **DENIED**.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: August 19, 2020